# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LYNDON BAINES JOHNSON

NO. 2021 KW 1104

**DECEMBER 6, 2021**

---

In Re:    Lyndon Baines Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-03797.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's Motion to Quash and "Motion For Release Of Bond Obligation By Authority Of La. C.Cr.P. Article 701(B)" on November 18, 2021.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT